[No. 41676-0-II. Division Two. March 27, 2012.]

MASCO PETROLEUM, INC., *Respondent*, v. HARBOR CASCADE, INC., ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 05-2-01312-1, David L. Edwards, J., entered December 13, 2010. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Worswick, A.C.J., and Armstrong, J.

[No. 41804-5-II. Division Two. March 27, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES WILLIAM WYNN, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 10-1-00462-6, James J. Stonier, J., entered February 2, 2011. *Affirmed* by unpublished opinion per Worswick, A.C.J., concurred in by Quinn-Brintnall and Van Deren, JJ.

[No. 41850-9-II. Division Two. March 27, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. DANITA KAY OSTER, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 10-1-00515-8, Nelson E. Hunt, J., entered March 2, 2011. *Affirmed* by unpublished opinion per Worswick, A.C.J., concurred in by Armstrong and Van Deren, JJ.

[No. 41938-6-II. Division Two. · March 27, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNY W. STEVENS, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 10-1-01863-8, John F. Nichols, J., entered March 29, 2011. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Armstrong, J., concurred in by Worswick, A.C.J., and Van Deren, J.